

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-19-00060-CR

---

RICHARD RAYMOND DIXON, II, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 6th District Court
Lamar County, Texas
Trial Court No. 25255

---

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Burgess

# MEMORANDUM OPINION

Appellant Richard Raymond Dixon, II, has filed a motion to dismiss this appeal.  As authorized by Rule 42.2 of the Texas Rules of Appellate Procedure, we grant the motion.  *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss this appeal.

Ralph K. Burgess
Justice

Date Submitted:    June 10, 2019
Date Decided:    June 11, 2019

Do Not Publish